UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61383-CIV-ALTMAN

**MARCELA TORRES CASTRO,**

    *Petitioner*,

v.

**WALTER FABIAN CARRAZAN,**

    *Respondent*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") [ECF No. 37]. The parties also ask the Court to retain jurisdiction to enforce the terms of their settlement. *See* Stipulation at 1. After careful review, we **ORDER AND ADJUDGE** as follows:

1. The claims between the Plaintiff and the Defendant are **DISMISSED with prejudice**.

2. The above-styled action shall remain administratively **CLOSED**.

3. The Court will **retain** jurisdiction to enforce the terms of the parties' Stipulation.

4. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on November 28, 2022.

                                               _____
                                               **ROY K. ALTMAN**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record